UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEY LARRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G4S SECURE SOLUTIONS INC.,<br><br>　　　　Defendant. | Case No. 15-cv-03062-JSC<br><br>**ORDER RE: RESPONSE TO APPLICATION FOR ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR PURSUANT TO SUBPOENA**<br><br>Re: Dkt. No. 25 |

Now pending before the Court is Plaintiff Charley Larry's ex parte application for an order to show cause to non-party Noueta Seiuli re: contempt for failure to appear pursuant to a subpoena. (Dkt. No. 25.) Any opposition to Plaintiff's application is due December 28, 2015.

Plaintiff shall serve a copy of this Order on non-party Noueta Seiuli by December 16, 2015 and shall file proof of service of the same.

**IT IS SO ORDERED.**

Dated: December 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge