UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEY LARRY,<br><br>    Plaintiff,<br><br>    v.<br><br>G4S SECURE SOLUTIONS INC.,<br><br>    Defendant. | Case No. 15-cv-03062-JSC<br><br>**FURTHER ORDER RE: SERVICE ON NON-PARTY NOUETA SEIULI**<br><br>Re: Dkt. No. 27 |

Plaintiff Charley Larry filed an ex parte application for an order to show cause to non-party Noueta Seiuli re: contempt for failure to appear pursuant to a deposition subpoena. (Dkt. No. 25.) On December 14, 2015, the Court ordered non-party Ms. Seiuli to respond to the application by December 28, and ordered Plaintiff to file proof of service of its Order on Ms. Seiuli by December 16. (Dkt. No. 26.) On December 16, Plaintiff's counsel filed a declaration attesting to the process server's inability to serve Ms. Seiuli, which indicated that three more attempts at service would be made. (Dkt. No. 27.) Plaintiff, however, has yet to file a proof of service or a supplemental declaration regarding service. Plaintiff is ordered to do so by January 7, 2016.

**IT IS SO ORDERED.**

Dated: January 4, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge