UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEY LARRY,<br>　　　　　Plaintiff,<br>　　v.<br>G4S SECURE SOLUTIONS INC.,<br>　　　　　Defendant. | Case No. 15-cv-03062-JSC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The parties are ordered to appear for a Case Management Conference on January 21, 2016 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. The parties shall submit a joint statement regarding the status of discovery by January 14, 2016.

**IT IS SO ORDERED.**

Dated: January 7, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge