UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEY LARRY,<br><br>   Plaintiff,<br><br>v.<br><br>G4S SECURE SOLUTIONS INC.,<br><br>   Defendant. | Case No. 15-cv-03062-JSC<br><br>**ORDER RE: RESPONSE TO APPLICATION FOR ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR PURSUANT TO SUBPOENA**<br><br>Re: Dkt. No. 33 |

Now pending before the Court is Plaintiff Charley Larry's ex parte application for an order to show cause to non-party Diane Bertram re: contempt for failure to appear pursuant to a subpoena. (Dkt. No. 33.) Any opposition to Plaintiff's application is due January 29, 2016.

Plaintiff shall serve a copy of this Order on non-party Diane Bertram by January 20, 2016 and shall file proof of service of the same.

**IT IS SO ORDERED.**

Dated: January 15, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge