UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEY LARRY,<br><br>        Plaintiff,<br><br>    v.<br><br>G4S SECURE SOLUTIONS INC.,<br><br>        Defendant. | Case No. 15-cv-03062-JSC<br><br>**ORDER VACATING ORDER TO SHOW CAUSE TO DIANE BERTRAM**<br><br>Re: Dkt. No. 41 |

On February 8, 2016, the Court issued an Order to Show Cause to Diane Bertram for her failure to appear pursuant to a deposition subpoena. (Dkt. No. 41.) Plaintiff has since advised the Court that Ms. Bertram appeared for deposition on April 7, 2016. (Dkt. No. 56.) The Court therefore VACATES the Order to Show Cause as to Ms. Bertram.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge