UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEY LARRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G4S SECURE SOLUTIONS INC.,<br><br>　　　　Defendant. | Case No.  15-cv-03062-JSC<br><br>**ORDER TO SHOW CAUSE TO PATRICK POWELL RE: CONTEMPT FOR FAILURE TO APPEAR PURSUANT TO DEPOSITION SUBPOENA**<br><br>Re: Dkt. No. 53 |

On December February 16, 2016, Plaintiff personally served non-party Patrick Powell with a subpoena to testify for a deposition on March 24, 2016 in the above-captioned civil case. (Dkt. Nos. 54 at 11.) Mr. Powell thereafter failed to appear for the noticed deposition. (*Id*. at 13.) Following his non-appearance, Plaintiff filed the now pending Ex Parte Application for an Order to Show Cause re: Contempt. (Dkt. Nos. 53.)

Under Federal Rule of Civil Procedure 45(g), a party may seek an order to show cause as to why a contempt citation should not issue if a person "fails without adequate excuse to object to the subpoena or an order related to it." A contempt citation shall issue if a person "fails without adequate excuse" to respond. *See* Fed. Rule Civ. P. 45(g). Accordingly, Mr. Powell is ORDERED TO APPEAR AND SHOW CAUSE **in person on June 16, 2016 at 9:00 a.m.,** in Courtroom F, 450 Golden Gate Ave., San Francisco, California 94102, as to why he should not be held in contempt for failing to appear for the deposition pursuant to Federal Rule of Civil Procedure 45(g). Mr. Powell may also file a written response to this Order on or before **May 19, 2016.** Mr. Powell can avoid having to appear in person if he contacts Plaintiff's counsel Richard Rogers at 100 Bush Street #1980, San Francisco, CA 94104, tel: 415.981.9798, email:

rogersRMR@yahoo.com to arrange for his deposition; otherwise, he must appear in person at court on June 16, 2016 as set forth above to show why the Court should not find him in contempt.

**IT IS SO ORDERED.**

Dated: April 22, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge